

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00072-CR

## IN RE WILLIAM CHARLES WEBB

**Original Proceeding**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2012-678-C2**

## MEMORANDUM  OPINION

In this original proceeding filed on March 8, 2023, relator, William Charles Webb, seeks to compel McLennan County District Clerk Jon R. Gimble to receive all papers in this proceeding and, pursuant to article 11.07 of the Texas Code of Criminal Procedure, transmit to the Court of Criminal Appeals "a copy of the application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made if the convicting court decides that there are no issues to be resolve." *See* TEX. CODE CRIM. PROC. ANN. art. 11.07.

We do not have jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. *In re Smith*, 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding); *see* TEX. GOV'T CODE ANN. § 22.221. Webb has not shown that a writ of mandamus directed to the district clerk is necessary to enforce our jurisdiction. Therefore, we dismiss Webb's March 8, 2023 petition for writ of mandamus for lack of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
         Justice Smith, and
         Justice Wright[1]
Petition dismissed
Opinion delivered and filed March 15, 2023
Do not publish
[OT06]



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.